UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAY CRISMON, | ) | CASE NO. 1:08CV812 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is the report and recommendation of the Magistrate Judge in the above-entitled action. The parties have jointly noticed this Court that they desire to dismiss the above-entitled action with prejudice. (Doc. No. 12.) In his Report and Recommendation, the Magistrate Judge recommended that the parties' stipulation be approved. (Doc. No. 13.)

The Court has reviewed the Magistrate Judge's report and recommendation and adopts the same. Accordingly, the parties' stipulation of dismissal motion is **GRANTED**.

**IT IS SO ORDERED**.

Dated: October 8, 2008

　　　　　　　　　　　　　　　　　　　　　　**HONORABLE SARA LIOI**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**